Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:  (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPAK KUMAR,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID ROARK, ET AL.,<br><br>    Defendants. | No. 08-CV-03077-FCD-KJM<br><br>**ORDER** |

   IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

Dated: February 4, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Order
No. 08-CV-03077-FCD-KJM            1